# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Luz Mary Carmona, : 
               Petitioner : 
   : 
          v. :    No. 865 C.D. 2017
   : 
Workers' Compensation Appeal : 
Board (Allegheny Valley School : 
of Philadelphia and PMA Insurance : 
Company), : 
           Respondents : 

# **O R D E R**

NOW, March 26, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge